UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROLLEY PLAZA GARAGE, LLC,
a Michigan Corporation,                                              Case No. 05-73247
                                                                     Hon: Denise Page Hood

    Plaintiff,

vs.

TROLLEY PLAZA, LLC,
a Delaware Corporation, AVGERIS
AND ASSOCIATES, INC.,

    Defendants.
_____/

| ALLEN BROTHERS, PLLC | Richard B. Poling, Jr. (P25312) |
|---|---|
| Attorneys for Plaintiff | POLING, McGAW & POLING, PC |
| By: James P. Allen (P52885) | Attorney for Defendant |
|     Gordana Misovski (P66381) | 5455 Corporate Drive, Suite 104 |
| 400 Monroe St., Suite 220 | Troy, MI  48098 |
| Detroit, MI  48226-2963 | (248) 641-0500 |
| (313) 962-7777 | |

_____/

### ORDER FOR PRELIMINARY INJUNCTION

At a session of said Court, held in the Federal Court for the
Eastern District of Michigan On May 24, 2006

PRESENT:  PRESENT:  HONORABLE DENISE PAGE HOOD
**U.S. DISTRICT COURT JUDGE**

Upon Plaintiff's Motion for a Preliminary Injunction enjoining Defendant garage from filling the swimming pool, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendants are enjoined from filling the swimming pool until such time as Plaintiff inspects and approves the repairs which shall be within one week of notice of the completion of the repairs.  If the parties do not agree that the repairs are sufficient to prevent further damage, then the Court shall expedite a hearing on Defendants' Motion to lift the Injunction.

2

IT IS FURTHER ORDERED that if both parties are satisfied with the repairs then they shall submit a stipulated order dissolving the Injunction.

By: s/ DENISE PAGE HOOD
    United States District Judge

2